```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - X
                                    :
UNITED STATES OF AMERICA            :
                                    :
    - v. -                          :
                                    :
RICHARD ESPINOSA,                   :
  a/k/a "Ricardo Espinosa,"         :
  a/k/a "Diego Escalera,"           :
  a/k/a "Modesto Colon,"            :
  a/k/a "Pablo Diaz," GILBERTO      :
ESPINOSA,                           :   ORDER
  a/k/a "Marcos Trinidad,"          :
MANUEL ESPINOSA,                    :   07 Cr. 501
RAYMONDO MORALES,                   :
  a/k/a "Raymond Morales,"          :
JOSE COSME,                         :
  a/k/a "Slim,"                     :
ADRIAN BERNABE, and                 :
CHRISTIAN BERNABE,                  :
                                    :
          Defendants.               :
                                    :
- - - - - - - - - - - - - - - - - - X
```

Upon the application of the United States, by the United States Attorney for the Southern District of New York, Michael J. Garcia, by Assistant United States Attorney Michael D. Maimin;

It is found that the Indictment in the above-captioned action is currently sealed and the United States Attorney's Office has applied to have that Indictment unsealed, it is therefore

ORDERED that the Indictment in the above-captioned action be unsealed and remain unsealed pending further order of the Court.

Dated: New York, New York
       June 11, 2007

_____
UNITED STATE MAGISTRATE JUDGE
GABRIEL W. GORENSTEIN
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF NEW YORK

2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- v. -

RICHARD ESPINOSA, a/k/a "Ricardo Espinosa," a/k/a "Diego Escalera," a/k/a "Modesto Colon," a/k/a "Pablo Diaz," GILBERTO ESPINOSA, a/k/a "Marcos Trinidad," MANUEL ESPINOSA, RAYMONDO MORALES, a/k/a "Raymond Morales," JOSE COSME, a/k/a "Slim," ADRIAN BERNABE, and CHRISTIAN BERNABE,

Defendants.

## ORDER

07 Cr. 501

MICHAEL J. GARCIA
United States Attorney.