_____
_____

# UNITED STATES DISTRICT COURT

### Southern District of New York

# APPEARANCE

Case No. 07-CR-0501 (GBD)

To the Clerk of this court and all parties of record:

   Enter my appearance as counsel in this case for

      Jose Cosme

      I certify that I am admitted to practice in this court.


6/21/07__
   Date                                    Frederick L. Sosinsky, Esq.

                                           225 Broadway, Suite 715

                                           New York, New York 10007

                                           (212) 285-2270 Tel

                                           (212) 566-8165 Fax