LAW OFFICES OF
**FREDERICK L. SOSINSKY**
225 BROADWAY, SUITE 715
NEW YORK, NEW YORK 10007

TELEPHONE (212) 285-2270
TELECOPIER (212) 566-8165
EMAIL: FredS@newyork-criminaldefense.com



... NICALLY FILED

DATE FILED: JUL 0 9 2007

June 21, 2007

**SO ORDERED**

BY ECF and FAX (212) 805-6737
Hon. George B. Daniels
U.S. District Court Judge
United States Courthouse
Southern District of New York
500 Pearl Street
New York, New York 10007

*George B. Daniels*

HON. GEORGE B. DANIELS

JUL 0 5 2007

Re: United States v. Jose Cosme
Crim. Docket No. 07-0501 (GBD)

Dear Judge Daniels:

    I represent Jose Cosme, a defendant in the above matter pending before Your Honor. I am writing to respectfully request that Your Honor modify the conditions of Mr. Cosme's appearance bond to permit him to travel as needed to the District of Connecticut so as to work on and maintain a modest trailer home that he and his wife have owned there for a number of years, and to, they anticipate, prepare to offer the home for sale. At the time of his presentment before Magistrate Judge Fox on June 11, 2007, Mr. Cosme neglected to ask his prior appointed counsel to seek such approval and his travel was therefore restricted to the Southern and Eastern Districts. The address of the property at issue is 42 Pierce Road, Preston, CT 06365, located at the Strawberry Park Resort.

    I have spoken with AUSA Kenneth Polite concerning my application and he consents to this modification of the bond.



Thank you for your consideration.

Respectfully submitted,

/s/

Frederick L. Sosinsky

FLS:bms
cc: AUSA Kenneth Polite
   (by ECF & fax (212) 637-2527)