

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

April 29, 2008

**SO ORDERED**

**BY FAX**

*George B. Daniels*

The Honorable George B. Daniels
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

HON. GEORGE B. DANIELS

APR 2 9 2008

Re:  *United States* v. *Richard Espinosa, et al.*,
     07 Cr. 501 (GBD)

Dear Judge Daniels:

I am writing to seek to adjourn a pre-trial conference and to exclude time in the above-referenced case. At a pre-trial conference on February 28, 2008, Your Honor set a pre-trial conference for April 30, 2008 at 9:45 am. The Court indicated that it would set a trial date and schedule at that conference, basing such schedules on the defendants who remained in the case. All defense counsel and I have been discussing potential pre-trial dispositions for the various defendants in this case. On the basis of those discussions, I expect that most, if not all, of the defendants will have reached a voluntary disposition in the next few weeks. Accordingly, we request a short adjournment of three or four weeks to determine which defendants will still seek to go to trial, enable defendants to plead, and better enable the Court to efficiently schedule such a trial for any remaining defendants, tailored to the number of defendants remaining.

Additionally, the Government respectfully requests that time be excluded until the next pre-trial conference under the Speedy Trial Act, Title 18, United States Code, Section 3161, *et seq.* so that the parties may continue to discuss disposition, the defendants and defense counsel may continue to review discovery and the defendant may consider pre-trial motions.

Hon. George B. Daniels
April 29, 2008
Page 2 of 2

   I have spoken with defense counsel for all seven defendants, who have consented to the adjournment and exclusion of time.

                 Respectfully submitted,

                  MICHAEL J. GARCIA
                  United States Attorney

          By:

                  Michael D. Maimin
                  Assistant United States Attorney
                  Southern District of New York
                  (212) 637-2238

cc:  Robert M. Baum, Esq. (counsel for Richard Espinosa)
   Martine M. Beamon, Esq. (counsel for Raymondo Morales)
   Mark Cohen, Esq. (counsel for Gilberto Espinosa)
   John D. Couriel, Esq. (counsel for Raymondo Morales)
   Winston Lee, Esq. (counsel for Adrian Bernabe)
   Jonathan Marks, Esq. (counsel for Christian Bernabe)
   Edgardo Ramos, Esq. (counsel for Manuel Espinosa)
   Frederick L. Sosinsky, Esq. (counsel for Jose Cosme)